UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:16-00002 |
| | ) | CHIEF JUDGE SHARP |
| BETTY J. KETCHUM | ) | |

MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS

Comes Betty J. Ketchum, through counsel, and moves this Honorable Court for an extension of time until June 28, 2016, to file pretrial motions. Counsel for Ms. Ketchum avers that she has not had an opportunity to complete the discovery review with Ms. Ketchum. Additional time is needed to complete the investigation of this matter and to thoroughly evaluate this case.

Respectfully submitted,

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR# 006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Betty J. Ketchum

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, I electronically filed the foregoing *Motion for Extension of Time to File Pretrial Motions* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Stephanie N. Toussaint, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN